NEM: BG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: THE PREMISES KNOWN AND DESCRIBED AS 364 PINE ST. BROOKLYN, NY 11208, AND ANY AND ALL LOCKED AND CLOSED CONTAINERS FOUND THEREIN | APPLICATION FOR A SEARCH WARRANT<br><br>Case No. 25-MC-3224 (SDE) |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, AMANDA VAN HOUTEN, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for warrants to search the premises identified in Attachment A and to seize the items described in Attachments B.

2. 4. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been for the past three years. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C)—that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. At the FBI, I am assigned to C-19, the Violent Crime Task Force and I have been working on C-19 for approximately 18 months. I have been involved in the investigation of numerous cases involving violent crime, including shootings and the recovery of firearms and ammunition. In this capacity, I have participated in the investigation of numerous cases involving shootings and felons in possession, and I have conducted physical and electronic surveillance, interviewed witnesses

and participated in the execution of court-authorized search warrants, such as the type sought herein.

3. The facts in this affidavit come from my personal observations, documents I have reviewed, information obtained from other agents and witnesses, and my training and experience. This affidavit is intended to show merely that there is probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

## **THE SUBJECT PREMISES**

4. This application seeks authorization to search the premises known and described as 364 Pine Street, Second Floor, Brooklyn, NY 11208, and any and all locked and closed containers found therein (the "SUBJECT PREMISES").

5. The SUBJECT PREMISES is an apartment within a two-story attached duplex, with an apartment on the first floor, and an apartment on the second floor. The SUBJECT PREMISES is on the second floor. The SUBJECT PREMISES is accessible by a door that enters to the two-story duplex, a flight of stairs, and another door that opens directly to the SUBJECT PREMISES. The following picture, retrieved from Google Maps, depicts the exterior of the building as of October 2024.



(Image 1)

## THE SUBJECT OFFENSE

6. Based on the facts set forth in this affidavit, there is probable cause to believe that violations Title 18, United States Code, Sections 922(g)(1) (felon in possession) (the "SUBJECT OFFENSE") have been committed by AARON RICHARD ("RICHARD"), and others. There is

3

also probable cause to believe that evidence, fruits and instrumentalities of the SUBJECT OFFENSE will be found at the SUBJECT PREMISES.

## PROBABLE CAUSE

7. The FBI is investigating the involvement of two individuals, including AARON RICHARD, in an August 12, 2025 shooting in Brooklyn, New York.

8. On August 12, 2025, officers with the New York City Police Department ("NYPD") were on patrol in the 70th Precinct. While driving through the precinct at approximately 7:25 p.m., the officers heard gunshots nearby and immediately responded to the vicinity of 533 Ocean Avenue, Flatbush, Brooklyn. When the officers arrived at the scene, they observed a portion of a gunfight still in progress between two men, later identified as the EDYNESSON BAUDUY and RICHARD. The officers focused on the man closest to them (BAUDUY), who was then shot and fell to the ground while the others on the scene, including RICHARD, scattered. The officers called for backup and emergency medical services, recovered the gun used by BAUDUY, and remained with BAUDUY. The gun was a black 9 mm Ruger P95DC firearm, with serial number 31199716. Emergency services personnel then drove BAUDUY to the hospital. From photographs taken at the crime scene by NYPD personnel, BAUDUY was wearing a green zip-up jacket and light-colored pants. BAUDUY also had a black backpack, which contained a New York State Electronic Benefits Transfer card listing his name as Edynesson Bauduy and with a date of birth matching BAUDUY's.

4

9. NYPD detectives canvassed the area for video surveillance footage capturing two men, later identified as EDYNESSON BAUDUY and RICHARD, shooting at one another. The video footage depicts a group of men standing in front of a building on the east side of Ocean Avenue near 533 Ocean Avenue with bystanders walking past. A black man with dreadlocks wearing a white T-shirt and shorts (later identified as RICHARD) was walking next to and conversing with a black man wearing a dark shirt on a scooter in front of a light-colored Nissan SUV. Suddenly RICHARD swung his right arm and struck the other man in the face, causing him to drop his scooter. A third black man, wearing a green zip-up jacket and light-colored pants and wearing a black backpack (later identified as BAUDUY), who had been with the group of men outside of the building ran around the other side of the Nissan SUV and fired at RICHARD. RICHARD then pulled a gun from his right shorts pocket and returned fire as he was running in front of 533 Ocean Avenue. On the video surveillance footage, there are multiple visible muzzle flashes, which signify that a gun was fired, from RICHARD's gun as he fires at BAUDUY. In the video footage, RICHARD never crosses past the Nissan SUV to the other side of Ocean Avenue.

10. NYPD crime scene officers recovered two Spear .380 shell casings on the east sidewalk in front of 533 Ocean Avenue, which appears consistent with where RICHARDS fired his gun.

11. NYPD detectives captured a still from the video surveillance footage clearly reflecting the individual subsequently identified as RICHARD. After further investigation, they developed a lead that the person in that photograph may be RICHARD, who they learned was

currently on parole. RICHARD's parole officer confirmed that the person in that photograph was RICHARD, a person she supervises. The parole officer has had eight in-person meetings with RICHARD during the last four months.

12. A still image of the video surveillance footage depicting RICHARD, and the clothing that he was wearing during the shooting, is shown below:



(Image 2)

13. RICHARD's criminal history includes, among other convictions, the following: on March 29, 2023, RICHARD was convicted in Kings County Supreme Court of a Hate Crime/Assault in the Third Degree: Cause Physical Injury With Intent, in violation of N.Y.P.L. § 120.00(1)(H), a Class E Felony, for which he was sentenced to an indeterminate term of two to

four years' imprisonment. He was incarcerated on April 13, 2023, and released from custody on April 24, 2025.

14. I have conferred with an interstate nexus expert, a Special Agent of the ATF, who has informed me, in sum and substance, that the Spear .380 ammunition recovered in this case were manufactured outside the State of New York.

15. On August 14, 2025, at approximately 7am, I arrested RICHARD at the SUBJECT PREMISES. RICHARD's girlfriend, who was present at the time, informed me that a gun was located at the SUBJECT PREMISES. Officers conducting a protective sweep on the residence also saw a round of ammunition under a bed.

16. Based on my training, experience, and knowledge of this investigation, I submit there is probable cause to believe that RICHARD has committed the SUBJECT OFFENSE, and that evidence, fruits and instrumentalities of the SUBJECT OFFENSE, such as the Spear .380 are likely to be found in the SUBJECT PREMISES. I therefore respectfully request that search warrants issue allowing law enforcement to search the SUBJECT PREMISES as described in Attachment A, and to seize the property described in Attachment B.

## CONCLUSION

17. Based on the information described above, I respectfully submit that this affidavit supports probable cause for warrants to search the SUBJECT PREMISES described in Attachment A, and to seize the items described in Attachment B. I further submit that there is probable cause

to believe that RICHARD has committed the SUBJECT OFFENSE, and that evidence, fruits and instrumentalities of these offenses will be found at the SUBJECT PREMISES.

Respectfully submitted,

Amanda Van Houten
Special Agent
FBI

Sworn to before me by reliable telephonic means
on August 14 , 2025

*Seth D. Eichenholtz*
THE HONORABLE SETH D. EICHENHOLTZ
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

8

## ATTACHMENT A

*Property to be Searched*

1. This application seeks authorization to search the premises known and described as 364 Pine Street, Second Floor, Brooklyn, NY 11208, and any and all locked and closed containers found therein (the "SUBJECT PREMISES").

18. The SUBJECT PREMISES is an apartment within a two-story attached duplex, with an apartment on the first floor, and an apartment on the second floor. The SUBJECT PREMISES is on the second floor. The SUBJECT PREMISES is accessible by a door that enters to the two-story duplex, a flight of stairs, and another door that opens directly to the SUBJECT PREMISES. The following picture, retrieved from Google Maps, depicts the exterior of the building as of October 2024.



(Image 1)

## ATTACHMENT B

*Property to be Seized*

1. All records relating to violations of Title 18, United States Code, Sections 922(g)(1) (felon in possession) (the "SUBJECT OFFENSE") and occurring on or after August 12, 2025, including:

   1. Evidence concerning the identity of the residents, owners, and/or lessees of the SUBJECT PREMISES described in Attachment A;

   2. Instrumentalities used to commit the SUBJECT OFFENSE, including firearms or ammunition, as well as evidence of ownership of any such instrumentalities, including any items or objects found in proximity to firearms or ammunition that relate to ownership;

   3. Documents, materials, and/or information concerning the purchase or acquisition of firearms and/or ammunition;

   4. Evidence of the clothing worn by RICHARD on August 12, 2025, including a white t-shirt, gray-white shorts, and black shoes, as shown in the still image below:



(Image 2)